IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3127 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| TAM H. PHAM, | ) | |
| | ) | |
| Defendant. | ) | |

The government has moved to continue defendant's plea hearing, currently set for June 23, 2009. The defendant did not oppose this motion.

IT IS ORDERED:

1) The government's oral motion to continue defendant's plea hearing is granted.

2) The defendant's plea hearing will be conducted before Magistrate Judge David L. Piester on the 21st day of July, 2009 at 1:00 p.m. The defendant is ordered to appear at this hearing.

3) The Court finds that the ends of justice will be served by continuing defendant's plea hearing; and that the interests served by continuing the plea date outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and July 21, 2009 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(8)(a).

DATED this 17th day of June, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge