UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3127 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| TAM PHAM, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 21st day of June, 2010, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On March 25, 2010, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846 and 853 based upon the Defendant's plea of guilty to Counts I, II and III of the Information filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in $1,410.00 in United States currency and $50,000.00 in the form of three cashier's checks was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site www.forfeiture.gov for at least thirty consecutive days, beginning on April 8, 2010, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on June____, 2010 (Filing No. ___ ).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the $1,410.00 in United States currency and $50,000.00 in the form of three cashier's checks held by any person or entity, is hereby forever barred and foreclosed.

C. The $1,410.00 in United States currency and $50,000.00 in the form of three cashier's checks be, and the same hereby are, forfeited to the United States of America .

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

Dated June 21, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge