IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3127 |
| | ) | |
| v. | ) | |
| | ) | |
| TAM H. PHAM, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

　　　　IT IS ORDERED that the defendant's motion to reconsider denial of 28.2255 motion (filing 72) is denied.

　　　　DATED this 8th day of March, 2011.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　United States District Judge